IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| LAURA RIOS-HERNANDEZ, individually and on behalf of her minor children, H.R. and O.R., <br><br> *Plaintiffs,* <br><br> v. <br><br> SCANNING DEVICES, INC., *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § CIVIL ACTION NO. 5:23-CV-0005-JRG-JBB |

# **ORDER**

The above-referenced case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. On March 26, 2025, the Magistrate Judge conducted a prove-up hearing to determine whether a settlement as agreed upon among the parties is in the best interests of the minor children involved. On May 15, 2025, the Magistrate Judge entered a Report and Recommendation containing his proposed findings that the sealed Confidential Settlement and Release Agreement (Dkt. No. 103) is fair, just, and equitable and is in the best interests of the minor children and recommendation that it be approved. (*See* Dkt No. 108 at 5.) The Magistrate Judge further recommends the Court order that Carly Anderson be paid a fee for serving as guardian ad litem. (*Id.*)

The Magistrate Judge advised the parties that any objections to the Report and Recommendation must be filed within fourteen days. (*Id.*) The Magistrate Judge further advised that the parties could eliminate this 14-day objection period by filing a joint notice stating all parties waive any objections and agree to the findings and recommendations of the

Report and Recommendation. (*Id.* at 6.) The parties have filed a Joint Notice of Agreement to Report and Recommendation. (Dkt. No. 109.) According to the joint notice, aside from updating the amount of the guardian ad litem fees due to additional work that was required after the prove-up hearing, all parties affirmatively state they have no objections to the Report and Recommendation. The parties jointly request that the Court: (1) grant the Joint Motion to Approve Settlement (Dkt. No. 100) and approve the terms of the settlement as set forth in the sealed Confidential Settlement and Release Agreement (Dkt. No. 103); and (2) order that Carly Anderson be paid an updated guardian ad litem fee of $5,520.00.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. The Court grants the parties' Joint Motion to Approve Settlement (Dkt. No. 100). Accordingly, it is hereby

**ORDERED** that the terms of the sealed Confidential Settlement and Release Agreement (Dkt. No. 103) are **APPROVED**. It is further

**ORDERED** that Carly Anderson shall be paid $5,520.00 in guardian ad litem fees as set forth in the parties' sealed Confidential Settlement and Release Agreement. Such fee shall be fully paid within twenty days of this date. It is further

**ORDERED** that within twenty days following the date of entry of this Order, the parties shall file an Agreed Judgment and Stipulation of Dismissal with Prejudice.

**So ORDERED and SIGNED this 29th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE